Ellen S. Levy, #020275
RENAUD COOK DRURY MESAROS, PA
One North Central, Suite 900
Phoenix, Arizona 85004-4417
Telephone: (602) 307-9900
Facsimile: (602) 307-5853

*Attorneys for Defendant Waffle House, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nina Melton,<br><br>               Plaintiff,<br><br>v.<br><br>Waffle House, Inc., a Georgia corporation; John Does I-X; Jane Does I-X; ABC Corporations I-X; and XYZ Partnerships I-X,<br><br>               Defendant. | No. _____<br><br><br>**DEFENDANT WAFFLE HOUSE INC'S NOTICE OF REMOVAL** |

Defendant, Waffle House Inc. ("Defendant"), hereby files this Notice of Removal identifying the following basis for removal:

1.     On July 30, 2020 Plaintiff filed her Amended Complaint in the Superior Court of the State of Arizona, in and for the County of Maricopa, styled <u>Melton v. Waffle House Inc.</u>, Case No. CV2020-053497. A true and correct copy of the State court's docket, including all process, pleadings and orders served on the original Defendants in the state court action is filed with this notice as required by 28 U.S.C. Section 1446(a) and Local Rule 3.7, and is attached hereto as Exhibit 1.

2.     Defendant, through counsel, agreed to accept service of the Amended Complaint in exchange for the dismissal of the improperly identified (now former) Defendant party, JD Wild West Waffles. Plaintiff filed and served the Amended Complaint on July 30, 2020. (Exhibit 2, 07/31/2020 correspondence from Plaintiff to Defense Counsel enclosing Amended Complaint). As such, the Notice of Removal is timely as per 28 U.S.C. Section 1446(b) as the Notice is within thirty (30) days of

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

1  receipt of the initial pleading setting forth a claim for relief and summons as to Waffle
2  House, Inc.
3       3.    Defendant consents to removal of this action to the United States District
4  Court.
5       4.    The United States District Court has original jurisdiction over this action
6  based on diversity of citizenship between the parties, as explained below.  To the best
7  of Defendant's knowledge, Plaintiff is a citizen of the state of Arizona. (Exhibit 1,
8  Plaintiff's Amended Complaint, Paragraph 1).  Defendant is now, and at the time the
9  action, diverse in citizenship from Plaintiff.  Defendant Waffle House Inc. ("Waffle
10 House") is a Georgia corporation with its principle place of business in Georgia.
11      5.    The amount in controversy exceeds $75,000 as per Plaintiff's pre-suit
12 demand.  For this diversity of citizenship, the "District Courts shall have original
13 jurisdiction of all civil actions with a matter in controversy exceeds the sum for a value
14 of $75,000, exclusive of interest and costs."  28 U.S.C. Section 1332(a).  The Ninth
15 Circuit has held that a removing defendant need not establish the amount in
16 controversy to a "legal certainty." *Sanchez v. Monumental Life Insurance Co.,* 102 F.
17 3d 398, 404 (Ninth Cir. 1996) (Amount in controversy shown by a preponderance of
18 the evidence).  "In measuring the amount in controversy, a court must assume that the
19 allegations in the Complaint are true and assume that a jury will return the verdict for
20 the Plaintiff on all claims made in the Complaint." *Forever Living Products US Inc. v.
21 Deyman,* 471 F. Supp. 2d, 980, 986 (D. Ariz. 2006).  Plaintiff's Complaint brings a
22 cause of action for breech on their duty owed to Plaintiff.  Plaintiff seeks
23 compensatory damages for general and special damages incurred, plus attorneys' fees
24 and costs. (Exhibit 1, Amended Complaint at prayer for relief). Along with the
25 Complaint, Plaintiff filed a Certificate Regarding Compulsory Arbitration certifying
26 that the award sought by her exceeds the jurisdictional limit for arbitration. (Exhibit 1,
27 Certificate Regarding Compulsory Arbitration).  See Maricopa County Local Rule 3.10.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 2)      4229-0001

Plaintiff also served Defendant a demand in excess of $100,000.00. Defendant therefore removes this case based on diversity because all of the information taken together, proves that it is more probable than not the amount in controversy exceeds $75,000. *Sanchez,* supra.

6. Therefore, because this action is wholly between citizens of different states, and because the amount in controversy exceeds $75,000 exclusive of interest and costs, this Court has original jurisdiction over the cause pursuant to 28 U.S.C. Section 1332(a)(1).

7. Under 28 U.S.C. Section 1441(a), venue of the removed action is proper in this Court as the district and division embracing the place where the state action is pending.

8. Defendant, the removing party, will promptly give the adverse party written notice of the filing of this Notice of Removal as required by 28 U.S.C. Section 1446(d). Defendant will promptly file a copy of this Notice of Removal with the clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa, where the action is pending, also pursuant to 28 U.S.C. Section 1446(d).

WHEREFORE, Defendant, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. Section 1446 and Local Rule 3.7, seeks removal of the case styled <u>Melton v. Waffle House Inc.</u>, Case No. CV2020-053497 from the Superior Court of the State of Arizona, in and for the County of Maricopa on August 18, 2020.

RESPECTFULLY SUBMITTED this 18th day of August, 2020.

RENAUD COOK DRURY MESAROS, PA

By *s/ Ellen S. Levy*
Ellen S. Levy
One North Central, Suite 900
Phoenix, Arizona 85004-4417
*Attorneys for Defendant Waffle House, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participants:

Jeffrey L. Victor, Esq.
JEFFREY L. VICTOR, P.C.
5425 E. Bell Rd., Ste. 121
Scottsdale, Arizona 85254
victoratty@aol.com
*Attorney for Plaintiff*

By *s/J. Freeman*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 4)                                                    4229-0001