# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nina Melton, | No. CV-20-01624-PHX-MHB |
| Plaintiff, | **ORDER** |
| v. | |
| Waffle House Incorporated, et al., | |
| Defendants. | |

Pursuant to the Parties' Stipulation to Dismiss with Prejudice (Doc. 30) and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 30),

IT IS FURTHER ORDERED dismissing the entirety of this matter with prejudice, each party to bear their own costs and fees.

Dated this 17th day of June, 2021.

Honorable Michelle H. Burns
United States Magistrate Judge